UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    DELAINO MARTELL WELLS
    DIVETTA LASHON WELLS
        Debtor(s)

Case No. 10-51702

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/19/2010.

2) The plan was confirmed on 01/27/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/27/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/07/2012.

5) The case was converted on 01/17/2013.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $27,260.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,694.22 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $26,694.22

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,520.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,300.57 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,820.57

Attorney fees paid and disclosed by debtor: $980.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL INC | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| ANNITA JOHN MC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 103.00 | 440.94 | 440.94 | 0.00 | 0.00 |
| CITIMORTGAGE | Unsecured | 13,771.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | 139,000.00 | 149,964.11 | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | 0.00 | 18,823.89 | 4,424.88 | 4,424.88 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 520.31 | 520.31 | 0.00 | 0.00 |
| CLERK KOSCIUSKO CIR SUPERIOR C | Unsecured | 214.50 | NA | NA | 0.00 | 0.00 |
| COMED RESIDENTIAL | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 513.00 | 512.56 | 512.56 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| DR ANDREW PEREZ | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DR ANDREW PEREZ | Unsecured | 233.01 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 5,000.00 | 16,951.79 | 16,951.79 | 0.00 | 0.00 |
| EVERGREEN ANESTHESIA | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| FOOT & ANKLE ASSOCIATES LTD | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 15,250.00 | 18,833.44 | 18,833.44 | 12,577.71 | 1,239.87 |
| FORD MOTOR CREDIT | Unsecured | 3,423.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 593.04 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 5,504.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 4,612.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 273.82 | 273.82 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 2,892.85 | 2,892.85 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 2,578.18 | 866.67 | 866.67 | 376.41 | 0.00 |
| ILLINOIS SECRETARY OF STATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | 0.00 | 780.00 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 1,200.00 | 1,980.00 | 1,200.00 | 858.96 | 72.82 |
| INTERNAL REVENUE SERVICE | Priority | 5,000.00 | 7,101.74 | 7,101.74 | 3,323.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 27,504.63 | 27,504.63 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LITTLE CO AFFLIATED PHYSICIANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO MARY HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO OF MARY | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO OF MARY | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| LITTLE CO OF MARY | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI IN | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PRIMARY CARE SC | Unsecured | 308.01 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Secured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 9,500.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | NA | 300.90 | 300.90 | 0.00 | 0.00 |
| PAMELA MISHLER FISH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 138.00 | 533.22 | 533.22 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| SHORES SMILE CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST UROLOGY | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST UROLOGY | Unsecured | 200.10 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 513.80 | NA | NA | 0.00 | 0.00 |
| STATE OF INDIANA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| URO PARTNERS | Unsecured | 200.10 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 135.23 | 135.23 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 4,960.00 | 3,968.50 | 3,968.50 | 0.00 | 0.00 |
| WOW INTERNET & CABLE SERV | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,424.88 | $4,424.88 | $0.00 |
| Debt Secured by Vehicle | $20,033.44 | $13,436.67 | $1,312.69 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$24,458.32** | **$17,861.55** | **$1,312.69** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,968.41 | $3,699.41 | $0.00 |
| **TOTAL PRIORITY:** | **$7,968.41** | **$3,699.41** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,814.75** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,820.57 |
| Disbursements to Creditors | $22,873.65 |
| **TOTAL DISBURSEMENTS** : | **$26,694.22** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/26/2013          By: /s/ Tom Vaughn
                                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**